JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JACOBSON, an individual, and SHARONA SAFARADI, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation; JOHN DOE, an individual; and DOES 2 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-07647-JFW-JPR<br>[*Assigned to Hon. John F. Walter, 7A*]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** (ECF No. 30)<br><br>Complaint Filed: November 9, 2023<br>Removed: September 9, 2024<br>Trial: June 24, 2025 |

Plaintiffs, ANDREW JACOBSON and SHARONA SAFARADI, and Defendant, MARRIOTT INTERNATIONAL, INC. (collectively, the "Parties"), submitted a Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Parties requested that the entire action be dismissed with prejudice and each party will bear its own costs and attorneys' fees.

Having considered the Stipulation and for good cause shows:

463123                                                                 1

1   IT IS HEREBY ORDERED that this matter be dismissed with prejudice in its
2   entirety.
3
4   IT IS SO ORDERED.
5
6   Dated: October 17, 2024                    _____
7                                              HON. JOHN F. WALTER
                                               UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

463123                                         2

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, a true and correct copy of: **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** was served electronically to all parties with an email address on record who have consented to electronic service in this action.

                                            */s/ Erin Stover*
                                            ERIN STOVER

463123

3

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**